JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ENRIQUEZ,<br><br>        Petitioner,<br><br>    vs.<br><br>MARTIN L. FRINK, Warden,<br><br>        Respondent. | Case No. CV 15-02180-JFW (KES)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: April 21, 2016

                                        */s/ John F. Walter*
                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE